UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY
Plaintiff

v.

No. 2:07-cv-00037
Judge Wiseman

A TEMPORARY RIGHT TO ENTER
UPON LAND IN PUTNAM COUNTY,
TENNESSEE, and
TERESA JEAN MAHLER
GREG BRUCE, her husband
Defendants

## JUDGMENT AND ORDER DISBURSING FUNDS

This action came on to be considered, and it appears to the Court, as evidenced by the signatures below, that Plaintiff and the Defendants have consented to entry of this Judgment and Order Disbursing Funds (Judgment) under the terms hereinafter provided.

It is, therefore, Ordered and Adjudged that:

1. The temporary right to enter herein condemned shall expire upon the entry of this Judgment.

2. The Clerk of this Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the amount of $1 payable to

1

Teresa Jean Mahler, in full satisfaction of this Judgment, and to mail said check to her at 818 Parragon Road, Cookeville, Tennessee 38506.

3. The Clerk of this Court shall furnish to the Plaintiff a certified copy of this Judgment.

It is so ORDERED.

*[signature]*
United States District Judge

We hereby approve and consent
to the entry of this Judgment:

*[signature]*
Edwin W. Small (TN BPR 012347)
Assistant General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865-632-3021
Facsimile  865-632-6718
Email      ewsmall@tva.gov

Attorney for Plaintiff

*[signature]*
Teresa Jean Mahler

*[signature]*
Greg Bruce

Defendants
003845821